IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIE BETTS, CRYSTAL BOYD, CHRISTINA CHADWICK, ALKEISHA J. LEA, PAMELA M. MARABLE, KRK MORRIS, SHEINA ROBINSON, KATRINA D. STANFIELD, BRIAN M. TUCKER, and TAMIKA KING WILLIAMS,<br><br>            Plaintiffs,<br>v.<br><br>McDONALD'S CORPORATION, McDONALD'S USA, LLC, SOWEVA CO., and MICHAEL SIMON,<br><br>            Defendants. | Civil Action No.:  4:15-cv-00002 |

**DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Soweva Corporation, incorrectly referred to as Soweva Co. in the style of the case, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

 April 7, 2015_____               SOWEVA CORPORATION
**Date**

                                                                        _/s/ Kelvin L. Newsome_
                                                                        Kelvin L. Newsome
                                                                         Counsel for Soweva Corporation